812

No. 63. HALLIBURTON OIL WELL CEMENTING Co. *v.* PAULK ET AL. C. A. 5th Cir. Certiorari denied. *John H. Crooker, Jr., Robert O. Brown* and *Newton Gresham* for petitioner. *Ben G. Sewell* for respondents.

No. 65. VAHLSING *v.* HARRELL. C. A. 5th Cir. Certiorari denied. *Emmett J. Rahm* for petitioner. *Karl M. Gibbon* for respondent.

No. 67. JACKSON *v.* CARTER OIL Co. ET AL. C. A. 10th Cir. Certiorari denied. *Finis E. Riddle* for petitioner. *Forrest M. Darrough, W. T. Anglin, Glenn O. Wallace* and *W. M. Haulsee* for respondents.

No. 68. UNITED STATES *v.* FIVE PARCELS OF LAND IN HARRIS COUNTY, TEXAS, ET AL. C. A. 5th Cir. Certiorari denied. *Solicitor General Perlman* for the United States. *Chas. W. Bell* for the Harris County Houston Ship Channel Navigation District; and *Robert F. Campbell* for the Houston Deepwater Land Co., respondents.

No. 70. PENNSYLVANIA EX REL. SMITH *v.* ASHE, WARDEN, ET AL. Supreme Court of Pennsylvania. Certiorari denied. *Thomas D. McBride* for petitioner. *Charles J. Margiotti,* Attorney General of Pennsylvania, *Harrington Adams* and *George W. Keitel,* Deputy Attorneys General, for respondents.

No. 72. CARDENAS *v.* WILSON & Co., INC. C. A. 10th Cir. Certiorari denied. *Jean P. Day* for petitioner.